UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARDITH S. LEMY, et al.,

    Plaintiffs,

v.                                                             CASE NO.: 8:11-cv-2722-T-23AEP

DIRECT GENERAL FINANCE
COMPANY, et al.,

    Defendants.
_____/

## **ORDER**

Without a timely objection and based on an agreement (Doc. 152) by the parties, Magistrate Judge Anthony E. Porcelli's report and recommendation (Doc. 153) is **ADOPTED**. The defendants' motion (Doc. 128) for costs is **GRANTED** to the extent that the clerk is directed enter judgment for taxable costs in favor of the defendants and against the plaintiffs in the amount of $2,500.75. The defendant's motion is otherwise **DENIED**.

ORDERED in Tampa, Florida, on March 8, 2013.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE